No. 445. Lake Tankers Corp. *v.* Henn, Adminis-
tratrix, *ante,* p. 147. Rehearing denied. Mr. Justice
Douglas and Mr. Justice Whittaker took no part in
the consideration or decision of this application.

No. 603. Verhaagen et al. *v.* Reeder, City Man-
ager of Norfolk, et al., 353 U. S. 974. Rehearing
denied. Mr. Justice Black and Mr. Justice Douglas
took no part in the consideration or decision of this
application.

July 11, 1957.

No. 79. International Brotherhood of Teamsters,
Local 695, A. F. L., et al. *v.* Vogt, Inc., *ante,* p. 284.
Rehearing denied. Mr. Justice Douglas and Mr. Jus-
tice Whittaker took no part in the consideration or
decision of this application.

No. 596. United States *v.* Korpan, *ante,* p. 271;
No. 674. United States *v.* Hunt et al., *ante,* p. 932;
No. 675. United States *v.* Ollhoff et al., *ante,*
p. 932;
No. 723. United States *v.* Mack, *ante,* p. 932;
No. 724. United States *v.* Cali, *ante,* p. 932;
No. 725. United States *v.* Edwards, *ante,* p. 932;
No. 726. United States *v.* Hatch, *ante,* p. 932; and
No. 727. United States *v.* Harris et al., *ante,* p. 932.
Petition for rehearing denied. Mr. Justice Douglas
took no part in the consideration or decision of this
application.